# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE NAVARRO, *on behalf of minor E.R.N.*, | Case No.  1:26-cv-00108-SKO |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY CLAIMS BROUGHT ON BEHALF OF MINOR PLAINTIFF SHOULD NOT BE DISMISSED FOR LACK OF COUNSEL** |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security, | THIRTY-DAY DEADLINE |
| Defendant. _____ / | |

Christine Navarro, on behalf of minor Plaintiff E.R.N., filed an amended complaint on January 21, 2026, challenging a final decision of the Commissioner of Social Security denying an application for disability benefits.  (Doc. 4).

In a prior order, the Court indicated that Christine Navarro could represent a minor child as a general guardian if she were the parent of that minor child.  *See Navarro v. Bisignano*, No. 1:26-CV-00108-SKO (SS), 2026 WL 95446 (E.D. Cal. Jan. 13, 2026).  Upon further review of the case law, however, the Court determined that Christine Navarro could not proceed in a representative capacity on behalf of E.R.N. without E.R.N.'s representation by an attorney.  (Doc. 6).

On January 22, 2026, the undersigned issued an order granting Christine Navarro forty-five

(45) days to secure representation for her minor child's claims. (*Id.* at 3). Although the time to do so has passed, no attorney appearance has been entered. (*See* Docket). Consistent with the Court's January 22, 2026 order, the undersigned will require Christine Navarro "to show cause as to why this case should not be dismissed without prejudice for lack of legal representation of a minor plaintiff." (*Id.*).

Accordingly, it is ORDERED:

1. Christine Navarro SHALL file a written response to this order within THIRTY (30) DAYS showing cause why the claims of E.R.N. should not be dismissed without prejudice because Christine Navarro has no authority to bring claims in a representative capacity on behalf of E.R.N. without E.R.N.'s representation by counsel. Alternatively, if counsel enters an appearance on behalf of E.R.N. within this time period, the Court will vacate the order to show cause. In the event counsel enters an appearance, counsel is advised to consult Local Rule 202(a).

2. Plaintiff is DIRECTED to consult Federal Rule of Civil Procedure 5.2 and Local Rule 140.

3. Failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute and/or comply with the Court's order.

4. The Clerk is DIRECTED to serve a copy of this order on Plaintiff at their last known address as reflected on the docket.

IT IS SO ORDERED.

Dated:   **March 23, 2026**                     /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE