# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE NAVARRO, on behalf of minor child E.R.N, <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISGNANO, Commissioner of Social Security, <br><br> Defendant. | Case No. 1:26-cv-00108 JLT SKO <br><br> ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATION, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE <br><br> (Doc. 9) |

Pro se Plaintiff Christine Navarro, on behalf of minor child E.R.N., filed the operative complaint on January 21, 2026, challenging a final decision of the Commissioner of Social Security denying an application for disability benefits. (Doc. 4.)

On January 22, 2026, the assigned magistrate judge found that Plaintiff Navarro could not proceed in a representative capacity on behalf of E.R.N. without E.R.N.'s representation by an attorney and issued an order granting Plaintiff Navarro forty-five (45) days to secure representation for her minor child's claims. (Doc. 6 at 3.) No attorney appearance has been entered, and the time to do so has passed. (*See* Docket.)

The magistrate judge ordered Plaintiff Navarro on March 23, 2026, to show cause as to why this case should not be dismissed without prejudice for lack of legal representation of a minor plaintiff. (Doc. 7.) No response was filed, and the time to do so has passed. (*See* Docket.)

1

On May 5, 2026, the magistrate judge issued Findings and Recommendation that the action be dismissed without prejudice because non-attorney Plaintiff Navarro "may not bring such claims in a representative capacity on behalf of E.R.N." (Doc. 9 at 3.) Furthermore, the magistrate judge found that leave to amend would not be appropriate because Plaintiff Navarro "will not be able to remedy the defect that, as a non-lawyer, she cannot bring claims on behalf of minor child E.R.N." (*Id*.)

The Court served the Findings and Recommendation on Plaintiff Navarro and notified her that any objections were due within 21 days. (Doc. 9 at 1, 3.) The Court advised Plaintiff Navarro that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 3, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff Navarro did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendation are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1.    The Findings and Recommendation issued May 5, 2026 (Doc. 9) are **ADOPTED** in full.

2.    This action is **DISMISSED** without prejudice.

3.    The Clerk of Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

Dated:    **June 10, 2026**

_____
UNITED STATES DISTRICT JUDGE

2